JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL LAMONT RODGERS,** | NO. CV 19-10101-MWF (KS) |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **FELIPE MARTINEZ, et al,** | |
| **Defendants.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1